IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GREGORIO GARCIA                                                                     PETITIONER

VS.                                                       CIVIL ACTION NO.: 3:14-CV-978 HTW-LRA

WARDEN UNKNOWN MOSLEY                                                      RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson which was entered on April 10, 2017. **[Docket no. 11].** More than fourteen days have passed since the Report and Recommendation was mailed to the last address provided by the Petitioner. That mail was returned as undeliverable. The Court staff has attempted two mailings to the last address provided by the petitioner, which were returned as undeliverable. Petitioner has failed to keep the court advised of his address as required.

No objections have been filed to the Report and Recommendation of the Magistrate Judge. After examining the record evidence in this case the Magistrate Judge recommended denying and dismissing this matter with prejudice.

Having reviewed the Report and Recommendation, as well as the court filings and the relevant law, this Court concludes that the findings in the Report and Recommendation should be adopted as this Court's own. Accordingly, this matter is denied and dismissed, with prejudice. A separate Final Judgment will issue on this date.

**SO ORDERED**, this the 26th day of May, 2017.

                                                        ___s/HENRY T. WINGATE_____
                                                        UNITED STATES DISTRICT COURT JUDGE